IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| OMNITRITION INTERNATIONAL, INC., § | |
| § | |
| Plaintiff, § | |
| § | Civil Action No. 3:96-CV-3313-D |
| VS. § | |
| § | |
| OMNILIFE USA, INC., et al., § | |
| § | |
| Defendants. § | |

### ORDER OF REFERENCE

Pursuant to 28 U.S.C. § 636(b), plaintiffs' September 22, 1997 motion to compel is REFERRED to United States Magistrate Judge William F. Sanderson, Jr. for determination. He may conduct a hearing if he determines that a hearing is necessary.

This order of reference also prospectively refers all procedural motions (e.g., to modify briefing limitations, to supplement a motion, or for an expedited hearing) hereafter filed by a party who supports or opposes the referred motion, and that relate to the United States Magistrate Judge's resolution of the motion.

**SO ORDERED.**

September __24__, 1997.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE

ENTERED ON DOCKET
SEP 2 5 1997  PURSUANT
TO F. R. C. P. RULES
58 AND 79a